PATRICK HICKS, ESQ., Bar # 4632
NEIL ALEXANDER, ESQ., Bar #5202
LITTLER MENDELSON, P.C.
50 West Liberty Street, Suite 400
Reno, NV  89501-1944
Telephone:	775.348.4888
Facsimile:	775.786.0127

KARYN M. TAYLOR, ESQ., Bar #6142
NV ENERGY
6100 Neil Road
Reno, NV  89511
Telephone:	775.834.5781
Facsimile:	775.834.4098

Attorneys for Defendant
NV ENERGY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIANNE SCOTT,<br><br>            Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., a Nevada corporation,<br><br>            Defendant. | Case No. 3:13-cv-00023-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

1. IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARIANNE SCOTT, through her undersigned counsel, and the Defendant, NV ENERGY, INC., through its undersigned counsel, that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: July 3, 2013                             By: /s/Karyn M. Taylor
                                                    PATRICK HICKS, ESQ.
                                                    NEIL ALEXANDER, ESQ.
                                                    KARYN M. TAYLOR, ESQ.

                                                    Attorneys for Defendant
                                                    NV ENERGY

Dated: July 3, 2013                             By: /s/Jeffrey A. Dickerson
                                                    JEFFREY A. DICKERSON, ESQ.

                                                    Attorneys for Plaintiff
                                                    MARIANNE SCOTT


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 9, 2013